# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff**(s): HAL RUDDICK, TIMOTHY THOMAS, FELICIA BRYANT, BARRY CARR, MOSHE DAVIS and MARSHALL MAUER as Trustees of THE SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 4 HEALTH AND WELFARE FUND | **Defendant**(S): 520 S. MICHIGAN AVENUE CORPORATION d/b/a THE CONGRESS PLAZA HOTEL & CONVENTION CENTER |
| County of Residence: Cook | County of Residence: Cook |
| Plaintiff's Atty: Michele M. Reynolds<br>Dowd, Bloch & Bennett<br>8 S. Michigan Avenue, 19th Flr,<br>Chicago IL 60603<br>312-372-1361 | Defendant's Atty: |

```
FILED: APRIL 10 ,2008
 08CV2049      NF
JUDGE DARRAH
MAGISTRATE JUDGE NOLAN
```

**II. Basis of Jurisdiction:**  3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:-**N/A**

Defendant:-**N/A**

**IV. Origin** :  1. Original Proceeding

**V. Nature of Suit:**  791 E.R.I.S.A

**VI.Cause of Action:**  Collection Action by multi-employer benefit funds brought pursuant to 129 U.S.C. Sec. 1132 (e)(1) & (e)(2) and 29 U.S.C. 185 (a) & (c)

**VII. Requested in Complaint**

Class Action:**No**

Dollar Demand:

Jury Demand:**No**

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

**Signature:**  /s/Michele M. Reynolds

**Date:**  April 10, 2008