## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08CV 2049

Hal Ruddick, Timothy Thomas, et al.

v.

520 S. Michigan Avenue Corporation d/b/a
the Congress Plaza Hotel & Convention Center

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

520 South Michigan Avenue Corporation d/b/a the Congress Plaza Hotel & Convention Center

| | |
|---|---|
| NAME (Type or print) Peter Andjelkovich | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Peter Andjelkovich | |
| FIRM Peter Andjelkovich & Associates | |
| STREET ADDRESS 39 South LaSalle Street | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3125947 | TELEPHONE NUMBER 312/782-8345 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |