# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Hal Ruddick, Timothy Thomas, et al.<br><br>v.<br>520 S. Michigan Avenue Corporation d/b/a<br>the Congress Plaza Hotel & Convention Center | Case Number: 08CV 2049 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

520 South Michigan Avenue Corporation d/b/a the Congress Plaza Hotel & Convention Center

| |
|---|
| NAME (Type or print)<br>Bradley Wartman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Bradley Wartman |
| FIRM<br>Peter Andjelkovich & Associates |
| STREET ADDRESS<br>39 South LaSalle Street |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06196165 | TELEPHONE NUMBER<br>312/782-8345 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |