# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

## SUMMONS IN A CIVIL CASE

HAL RUDDICK, TIMOTHY THOMAS, FELICIA
BRYANT, BARRY CARR, MOSHE DAVIS and
MARSHALL MAUER as Trustees of THE SERVICE
EMPLOYEES INTERNATIONAL UNION LOCAL 4
HEALTH AND WELFARE FUND,

Plaintiff,

v.

520 S. MICHIGAN AVENUE CORPORATION d/b/a
THE CONGRESS PLAZA HOTEL & CONVENTION
CENTER,

Defendant.

**08CV2049**

Docket Number:

**JUDGE DARRAH**
Assigned Judge:

**MAGISTRATE JUDGE NOLAN**

Designated
Magistrate Judge:

TO:     520 S. MICHIGAN AVENUE CORPORATION
d/b/a THE CONGRESS PLAZA HOTEL & CONVENTION CENTER
c/o Shlomo Nahmias, President & Registered Agent
520 S. Michigan Avenue
Chicago, IL 60605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Michele M. Reynolds
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon
you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded
in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Nadine Girly_

**(By) DEPUTY CLERK**

Date

**April 11, 2008**

**Date**

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE:<br>4/11/08 |
| NAME OF SERVER (PRINT)<br>Christopher M. Cantero | TITLE<br>Clerk |

*Check one box below to indicate appropriate method of service-*

[_]  Served personally upon the defendant. Place where served: _____
_____

[_]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

[_]  Returned unexecuted: _____
_____
_____

[X]  Other (specify): Personally handed summons and compliant to receptionist, Nina Psmychenko at 520 S. Michigan Ave.; Chicago, IL 60605._____
_____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____4/11/08_____    _____
                Date                                         Signature of Server

8 S. Michigan Ave. 19th Fl.
Chicago, IL; 60603
Address of Server