### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HAL RUDDICK, TIMOTHY THOMAS, FELICIA BRYANT, BARRY CARR, MOSHE DAVIS and MARSHALL MAUER as Trustees of the SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 4 HEALTH AND WELFARE FUND, <br><br> Plaintiff, <br><br> vs. <br><br> 520 S. MICHIGAN AVENUE CORPORATION d/b/a THE CONGRESS PLAZA HOTEL & CONVENTION CENTER, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No.  08 CV 2049 <br><br> JUDGE DARRAH <br><br> Magistrate Judge Nolan |

### STIPULATION TO DISMISS

NOW COME the parties, Hal Ruddick, Timothy Thomas, Felicia Bryant, Barry Carr, Moshe Davis and Marshall Mauer, as Trustees of the Service Employees International Union Local 4 Health and Welfare Fund and 520 S. Michigan Avenue Corporation d/b/a the Congress Plaza Hotel & Convention Center, by and through their attorneys and respectfully move, pursuant to Fed. R.Civ. Pro. 41(a)(1)(ii), to dismiss the above-entitled action as follows:

1.  The parties hereby stipulate and agree to dismiss the above-entitled action with prejudice, all parties to incur their own attorneys fees and costs except as mutually agreed in the parties' settlement agreement.

WHEREFORE, the parties, Hal Ruddick, Timothy Thomas, Felicia Bryant, Barry Carr, Moshe Davis and Marshall Mauer, as Trustees of the Service Employees

International Union Local 4 Health and Welfare Fund and 520 S. Michigan Avenue

Corporation d/b/a the Congress Plaza Hotel & Convention Center pray that this matter be

dismissed with prejudice, all parties to be responsible for their own attorneys fees and

costs except as agreed otherwise pursuant to their settlement agreement.

Respectfully submitted,
520 S. Michigan Avenue Corporation d/b/a
the Congress Plaza Hotel & Convention
Center


By:   /s/Peter Andjelkovich
     One of their attorneys


Trustees of the SEIU Local 4, Health and
Welfare Fund

By:   /s/Michele M. Reynolds
     One of their attorneys

Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Dowd Bloch & Bennett
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603
312 372-1361

## <u>CERTIFICATE OF SERVICE</u>

I. Michele M. Reynolds, an attorney, hereby certify that I will cause to be served a copy of the attached Stipulation to Dismiss, via electronic filing on the parties eligible to receive e-filing and by having copies mailed and faxed to the parties not eligible for e-filing on July 1, 2008 before 5:00 p.m., with proper postage prepaid at the addresses indicated.


Peter Andjelkovich
Peter Andjelkovich & Associates
39 S. LaSalle Street;   Suite 200
Chicago, IL 60603
**Fax: 312 782-6517**


   /s/ Michele M. Reynolds
Michele M. Reynolds
Once of Plaintiffs' Attorneys