IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HAL RUDDICK, TIMOTHY THOMAS, FELICIA BRYANT, BARRY CARR, MOSHE DAVIS, and MARSHALL MAUER as Trustees of THE SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 4 HEALTH & WELFARE FUND,<br><br>    Plaintiff,<br><br>    v.<br><br>520 S. MICHIGAN AVENUE CORPORATION d/b/a THE CONGRESS PLAZA HOTEL & CONVENTION CENTER,<br><br>    Defendant. | Case No. 08 C 2049<br><br>Judge: Darrah |

## NOTICE OF FILING

TO:  Peter Andjelkovich
     Peter Andjelkovich & Associates
     39 S. LaSalle Street;   Suite 200
     Chicago, IL 60603
     **Fax: 312 782-6517**

    **PLEASE TAKE NOTICE** that on July 1, 2008, I filed the attached Stipulation to Dismiss, via electronic filing, at the Everett McKinley Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois 60604.

    Respectfully submitted,

    /s/ Michele M. Reynolds
    Michele M. Reynolds
    Attorney for Plaintiffs

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
**DOWD, BLOCH & BENNETT**
8 South Michigan Avenue, 19th Floor
Chicago, Illinois  60603
(312) 372-1361